```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
UNITED STATES OF AMERICA,                  :       18cr102(DLC)
                                           :
            -v-                            :       ORDER
                                           :
DAVID MICHAEL HYLTON,                      :
                                           :
                        Defendant.         :
                                           :
-------------------------------------------X
DENISE COTE, District Judge:
```

Having scheduled the defendant to be sentenced on May 15, 2020, it is hereby

ORDERED that, in light of the COVID-19 outbreak, the defendant's sentencing is adjourned to **June 25, 2020** at **10 a.m.**

Dated:      New York, New York
            April 15, 2020

                                    _____
                                            DENISE COTE
                                    United States District Judge