UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :    18cr102(DLC)
                                     :
              -v-                    :    ORDER
                                     :
DAVID MICHAEL HYLTON,                :
                                     :
                    Defendant.       :
                                     :
-------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/14/2020

DENISE COTE, District Judge:

The Court having rescheduled the May 15 sentencing date to June 25 in light of the COVID-19 outbreak, it is hereby

ORDERED that defendant's sentencing submission shall be due **June 11**; Government's submission shall be due **June 18**.

Dated:    New York, New York
          May 14, 2020

                              _____
                                       DENISE COTE
                              United States District Judge