# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and*
*Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

June 17, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/2020
```

*By ECFl*
Hon. Denise L. Cote
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl St.
New York, New York. 10007

**Re:** *United States v. David Michael Hylton*, **18 Cr. 102 (DLC)**

Dear Judge Cote:

I write on behalf of Mr. Hylton to respectfully request that defense submissions be due two weeks in advance of the sentencing hearing in the above-captioned matter, currently scheduled for Thursday, July 30, 2020. Accordingly, we respectfully request that defense submissions be due by Thursday, July 16, 2020.

Thank you for considering this request.

Respectfully Submitted,
/s/
Christopher A. Flood
Assistant Federal Public Defender
Federal Defenders of New York
(212) 417-8734

cc: All counsel, by ECF

**APPROVED**

So Ordered: June 17, 2020

DENISE COTE
United States District Judge

*MEMO ENDORSED*

1