```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
 UNITED STATES OF AMERICA,               :
                                         :
             -v-                         :     18cr102 (DLC)
                                         :
 DAVID MICHAEL HYLTON,                   :         ORDER
                                         :
                         Defendant.      :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

On February 13, 2020, the defendant entered a plea of guilty.  Sentence was scheduled for May 15, 2020.  Due to the COVID-19 pandemic, on April 15, the sentencing was adjourned to June 25, and on June 5, it was adjourned again to July 30.  The Government filed its sentencing submission on June 16, 2020.  The defendant's sentencing submission, which was due July 16, has not been filed.

On July 17, defense counsel requested the adjournment of the sentence to August 25.  Defense counsel has confirmed that the defendant wishes to be sentenced through an in-court appearance.  It is hereby

ORDERED that the request to adjourn the sentence is denied.  The sentencing shall proceed as scheduled on Thursday, **July 30, 2020** at **10:00 a.m.** in Courtroom 18B, 500 Pearl Street.

IT IS FURTHER ORDERED that all individuals seeking entry to 500 Pearl Street must complete a questionnaire and have their temperature taken before being allowed entry into the courthouse.  **To gain entry to 500 Pearl Street, follow the instructions provided here**: https://nysd.uscourts.gov/sites/default/files/2020-07/SDNY%20Screening%20Instructions.pdf.

IT IS FURTHER ORDERED that all individuals must practice social distancing at all times in the courthouse.  Individuals also must wear face masks at all times in the courthouse unless the Court authorizes their removal.

IT IS FURTHER ORDERED that defense counsel must advise the Court by **July 27, 2020,** if there is an expectation that more than **ten** spectators will attend the sentencing.  The parties must advise the Court by the same date if there is an expectation that more than **three** individuals will be seated at counsel's tables.

IT IS FURTHER ORDERED that the defendant's sentencing submission will be due **July 27, 2020**.

IT IS FURTHER ORDERED that members of the press and family members who are not able to attend the in court sentencing of the defendant may listen to the sentencing proceeding through a

telephone link by calling **888-363-4749** and using access code **4324948.**

Dated:   New York, New York
         July 17, 2020

                                              _____
                                                       DENISE COTE
                                              United States District Judge