```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :      18cr102(DLC)
                                         :
            -v-                          :      ORDER
                                         :
DAVID MICHAEL HYLTON,                    :
                                         :
                  Defendant.             :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

The Court having issued a summons for defendant David Michael Hylton to appear on December 18, 2020 at 11 a.m., it is hereby

ORDERED that appearance shall occur by telephone. The dial-in credentials for the telephone conference are the following:

        Dial-in:       888-363-4749
        Access code:   4324948

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated:    New York, New York
          December 8, 2020

                                          _____
                                            DENISE COTE
                                  United States District Judge