```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :      18cr102(DLC)
                                         :
              -v-                        :      ORDER
                                         :
DAVID MICHAEL HYLTON,                    :
                                         :
                    Defendant.           :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

A conference on the violation of probation is scheduled for **February 19, 2021** at 11 a.m.  It is hereby

ORDERED that the time of the conference is moved from 11 a.m. to 4 p.m.

Due to the COVID-19 pandemic, an in-court proceeding may not be available to the defendant.  A videoconference or a telephone conference proceeding may be available, however.  Accordingly, it is hereby

ORDERED that defense counsel shall respond to the following two questions by **February 12, 2021**:

1) Does the defendant consent to have the conference proceed as a videoconference?

2) If a videoconference is unavailable, does the defendant consent to have a telephone conference?

If the defendant consents to either option, please complete and submit the written consent form attached to this Order if it is feasible to do so.

Dated:   New York, New York
         February 9, 2021

                                                _____
                                                  DENISE COTE
                                       United States District Judge