```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :    S1 18cr108(DLC)
                                         :
            -v-                          :        ORDER
                                         :
DAVID MICHAEL HYLTON,                    :
                                         :
                 Defendant.              :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

For the reasons set forth in defense counsel's letter dated February 17, 2021 and with consent of the Government and the U.S. Probation Department, it is hereby

ORDERED that the February 19 conference on the violation of probation is rescheduled to **April 2, 2021** at **10 a.m.**  Due to the COVID-19 pandemic, the defendant may have the option of appearing in court or through a videoconference.  Accordingly, it is hereby

ORDERED that defense counsel shall respond to the following question by **March 25, 2021**:

>     Does the defendant consent to have the proceeding
>     occur as a videoconference?

If the defendant consents to have the proceeding occur as a videoconference, please complete and submit the written consent form attached to this Order if it is feasible to do so.

Dated:   New York, New York
         February 18, 2021

                              _____
                                      DENISE COTE
                              United States District Judge