```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
                                         :
UNITED STATES OF AMERICA                 :   No.0208 1:18cr102-01(DLC)
                                         :
            -v-                          :   ORDER
                                         :
DAVID HYLTON,                            :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

For the reasons stated on the record during today's conference, it is hereby

ORDERED that the conditions of probation are modified to include the following:

1. David Michael Hylton shall reside at the Residential Reentry Center ("RRC"), located at 104 Gold Street, Brooklyn, NY 11201, or a program location within the area of the New York City Metropolitan Area, for a period of six (6) months.  While at the RRC, he shall follow the facility's rules and regulations and the probation officer's instructions regarding the implementation of this Court's directive.  His contribution towards the cost of subsistence is waived.  He will be restricted to the RCC at all times except for employment, education, religious services, medical, mental health treatment,

substance abuse treatment, attorney visits, probation appointments, court appearances, court-ordered obligations, or other activities as preapproved by the U.S. Probation Officer and the Residential Reentry Center Manager.

2. David Michael Hylton will participate in an outpatient treatment program approved by the United States Probation Office, which program may include testing to determine whether he has reverted to using drugs or alcohol. He must contribute to the cost of services rendered based on his ability to pay and the availability of third-party payments. The Court authorizes the release of available drug treatment evaluations and reports, including the presentence investigation report, to the substance abuse treatment provider.

SO ORDERED

Dated:  New York, New York
        April 2, 2021

_____
DENISE COTE
United States District Judge