UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :    18cr102(DLC)
                                        :
            -v-                         :    ORDER
                                        :
DAVID MICHAEL HYLTON,                   :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

Upon the report from Probation that neither the Probation Officer nor the attorney for defendant have been able to contact defendant, it is hereby

ORDERED that the conference scheduled for July 1, 2021 is adjourned *sine die*.

IT IS FURTHER ORDERED that once contact with defendant has been made, defense counsel shall confer with the Government and Probation and propose a date for the next conference regarding defendant's violation of probation.

Dated:   New York, New York
         June 29, 2021

                                    _____
                                           DENISE COTE
                                    United States District Judge