```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :     18cr102(DLC)
                                     :
              -v-                    :       ORDER
                                     :
DAVID MICHAEL HYLTON,                :
                                     :
                    Defendant.       :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

The defendant having been arraigned on the violations of probation, it is hereby

ORDERED that the parties shall confer and by **January 12, 2022** submit a proposed schedule to the Court. The proposal shall indicate whether the defendant seeks an in-Court proceeding.

Dated:   New York, New York
         January 5, 2022

_____
DENISE COTE
United States District Judge