

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 17, 2022

**BY ECF**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

<span style="color:red">**MEMO ENDORSED**</span>

Re:   United States v. David Michael Hylton,
      18 Cr. 102 (DLC)

Dear Judge Cote:

The Government respectfully submits this letter in advance of the violation of probation conference in the above-captioned matter, presently scheduled for Friday, March 18, 2022 at 2:00p.m. The Government has conferred with defense counsel and understands that defense counsel has requested and is still waiting to receive various records from Hudson County Correctional Center that may be relevant to defense counsel's preparation for the conference. Accordingly, the parties respectfully request an approximately 60-day adjournment of the violation of probation conference.

GRANTED. The conference is adjourned to
May 19 at 11:00 AM in Courtroom 18B.

SO ORDERED
March 17, 2022

_____
DENISE COTE
United States District Judge

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _/s/_____
Juliana N. Murray / Peter J. Davis
Assistant United States Attorneys
(212) 637-2314 / -2468

cc:   Counsel (By ECF)