UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :          18cr102 (DLC)
            -v-                          :
                                         :            ORDER
DAVID HYLTON,                            :
                                         :
                   Defendant.            :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

   IT IS HEREBY ORDERED that the next conference to address the violations of probation in this case is adjourned from May 19 to **June 2, 2022 at 12:00 PM** in Courtroom 18B, 500 Pearl Street.

   SO ORDERED:

Dated:   New York, New York
         May 3, 2022

                                    _____
                                           DENISE COTE
                                    United States District Judge