

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 15, 2022

**BY ECF**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

<span style="color:red">**MEMO ENDORSED**</span>

Re:   United States v. David Michael Hylton,
        18 Cr. 102 (DLC)

Dear Judge Cote:

The Government respectfully submits this letter to update the Court on the status of the above-captioned matter. The Government has consulted with the Mental Health Director at Hudson County Correctional Center ("Hudson") in New Jersey, where Mr. Hylton is presently housed, and has confirmed that Hudson does not have in-house staff who would be qualified to conduct a comprehensive medical or psychiatric evaluation. Accordingly, the parties are working together to identify an independent evaluator who is qualified to conduct a mental health evaluation and a psychiatric evaluation with current treatment, prescribed medication, and recommendation for outpatient or inpatient / residential mental health treatment services.

The parties respectfully propose that the Court set a further status deadline of approximately 60 days, to permit the parties time to engage an independent evaluator and arrange for an evaluation of Mr. Hylton.

Application GRANTED.
A status letter is due September 16, 2022.

SO ORDERED
July 19, 2022

_____
DENISE COTE
United States District Judge

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _/s/_____
Juliana N. Murray / Peter J. Davis
Assistant United States Attorneys
(212) 637-2314 / -2468