**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 16, 2022

**BY ECF**
The Honorable Denise L. Cote
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

>        Re:     United States v. David Michael Hylton,
>                18 Cr. 102 (DLC)

Dear Judge Cote:

The Government respectfully submits this letter to update the Court on the status of the above-captioned matter.  As the Government previously advised the Court, the Government consulted with the Mental Health Director at Hudson County Correctional Center ("Hudson") in New Jersey, where Mr. Hylton is housed, and confirmed that Hudson does not have in-house staff who would be qualified to conduct a comprehensive medical or psychiatric evaluation.

The parties have now engaged Dr. Cheryl Paradis, Psy.D., an expert in clinical and forensic psychology, and are in the process of making arrangements for Dr. Paradis to conduct her evaluation of Mr. Hylton at Hudson.  Dr. Paradis will conduct a mental health evaluation and a psychiatric evaluation with current treatment, prescribed medication, and recommendation for outpatient or inpatient / residential mental health treatment services.

The parties respectfully propose that the Court set a further status deadline of approximately 60 days, to permit Dr. Paradis sufficient time to meet with Mr. Hylton and complete her evaluation.  The parties will submit Dr. Paradis's report to the Court upon receipt.

*Status report is due*
*November 17, 2022.*
*[signature]*
*9/22/22*

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:  /s/_____
Juliana N. Murray / Peter J. Davis
Assistant United States Attorneys
(212) 637-2314 / -2468

cc:     Christopher Flood, Esq. (By ECF)