

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 17, 2022

**BY ECF**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

      Re:   <u>United States v. David Michael Hylton</u>,
              18 Cr. 102 (DLC)

Dear Judge Cote:

      The Government respectfully submits this letter to update the Court on the status of the above-captioned matter. As the Government previously advised the Court, the parties engaged Dr. Cheryl Paradis, an expert in clinical and forensic psychology, to conduct a mental health and psychiatric evaluation of Mr. Hylton at Hudson County Correctional Center. Dr. Paradis is currently preparing her report and recommendation summarizing the findings of her evaluation of Mr. Hylton. Either Dr. Paradis or the parties will submit Dr. Paradis's report to the Court upon its completion.

      Accordingly, the parties respectfully propose that the Court set a further control date in approximately 60 days, to permit Dr. Paradis sufficient time to complete her report.

*Status report is due*
*January 15, 2023.*

*Denise Cote*
*Nov. 18, 2022*

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _/s/_____
Juliana N. Murray / Peter J. Davis
Assistant United States Attorneys
(212) 637-2314 / -2468

cc:   Christopher Flood, Esq. (By ECF)
       Martin Cohen, Esq. (By Email)