# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 13, 2023

*By ECF*

Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. David Michael Hylton*, 18 Cr. 102 (DLC)

Dear Judge Cote:

    I write on behalf of the parties and in response to the Court's November 18, 2022 Order (Dkt. 102) to provide a status update to the Court. As previously described, the parties engaged Dr. Cheryl Paradis to conduct a mental health and psychiatric evaluation of Mr. Hylton which will hopefully inform the ultimate disposition of this matter. As of this writing, Dr. Paradis's report is not yet completed. Accordingly, the parties propose that the Court set a further control date in approximately 21 days to permit Dr. Paradis to complete her report.

    Thank you for your consideration of this request.

Status report due 2/10/23.

/s/ Denise Cote
1/17/23

Respectfully submitted,

/s/
Martin Cohen
Assistant Federal Defender
(212) 417-8737

cc:   All counsel of record