```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
UNITED STATES OF AMERICA               :
                                       :       18cr102 (DLC)
              -v-                      :
                                       :          ORDER
DAVID HYLTON,                          :
                                       :
                     Defendant.        :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

    Having received the defendant's letter dated February 9, 2023, it is hereby

    ORDERED that a conference to address the next steps regarding the specifications of violation of probation is scheduled for **February 28, 2023 at 2:00 PM** in Courtroom 18B, 500 Pearl Street.

    SO ORDERED:

Dated:   New York, New York
          February 10, 2023

                                            _____
                                                 DENISE COTE
                                  United States District Judge