```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :           18cr102 (DLC)
            -v-                          :
                                         :           ORDER
DAVID HYLTON,                            :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the conference scheduled for March 31, 2023 is cancelled.

IT IS FURTHER ORDERED that the parties shall consult with each other and Probation and file joint or separate proposals regarding the next steps in this violation proceeding by April 14, 2023.

SO ORDERED:

Dated:   New York, New York
         March 31, 2023

_____
         DENISE COTE
United States District Judge