```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :
                                      :      18cr102 (DLC)
              -v-                     :
                                      :         ORDER
DAVID HYLTON,                         :
                                      :
                       Defendant.     :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

Aware of the history of proceedings concerning the defendant, and having reviewed the February 15, 2023 report of Dr. Paradis, submitted with the Government's letter of April 21, it is hereby

DETERMINED pursuant to 18 USC § 4241 that the defendant is suffering from a mental disease and defect that renders him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him and to assist properly in his defense.

IT IS HEREBY ORDERED that the parties shall by Wednesday, April 26, 2023, submit any objection to this Determination.

IT IS FURTHER ORDERED that by April 26, the parties submit their proposals for further action by the Court and proceedings in this case.

SO ORDERED:

Dated:  New York, New York
        April 21, 2023

                                    _____
                                         DENISE COTE
                                    United States District Judge