```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :
                                     :         18cr102-1(DLC)
            -v-                      :
                                     :         ORDER
DAVID HYLTON,                        :
                                     :
                  Defendant.         :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

On June 18, 2024, the Court received the June 10, 2024 letter from Complex Warden Scarantino attaching a forensic psychological report on the defendant. The report requests an additional period of restoration for a reasonable amount of time and represents that FMC Butner shall provide semi-annual reports. The parties having received copies of the report, it is hereby

ORDERED that counsel shall confer and provide their recommendations to the Court by **July 8, 2024.**

Dated:   New York, New York
         June 20, 2024

                                    _____
                                            DENISE COTE
                                    United States District Judge