```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :      18cr102(DLC)
                                         :
              -v-                        :      ORDER
                                         :
DAVID MICHAEL HYLTON,                    :
                                         :
                    Defendant.           :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On November 12, 2024, this Court received a forensic evaluation from a BOP Federal Medical Center reporting the defendant has been restored to competency and is fit to stand trial. Accordingly, it is hereby

ORDERED that the report will be filed under seal.

IT IS FURTHER ORDERED that the parties shall confer and by **November 22, 2024** submit a proposed schedule to the Court regarding the next steps in addressing the specifications of violation of probation in this case.

Dated:   New York, New York
         November 12, 2024

                                    _____
                                            DENISE COTE
                                    United States District Judge