UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------- x
                                 :
UNITED STATES OF AMERICA,        :
                                 :
    - v -                        :     18 Cr. 102 (DLC)
                                 :
DAVID MICHAEL HYLTON,            :     [PROPOSED] ORDER
                                 :
Defendant.                       :
-------------------------------- x

DENISE COTE, District Judge:

WHEREAS, the Warden of the Federal Medical Center in Butner, North Carolina has certified, pursuant to 18 U.S.C. § 4241(e), that the defendant is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense;

IT IS HEREBY ORDERED that the defendant shall forthwith be transferred to this District.

SO ORDERED:

Dated:   New York, New York
         November 19, 2024

                                       _____
                                              DENISE COTE
                                       UNITED STATES DISTRICT JUDGE