# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

December 5, 2024

*By ECF*

Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*The conference will be held on 12/13/24 at 11:00 a.m.*

*So ordered.*
*[signature]*
*12/6/24*

Re:    *United States v. David Hylton*, 18 Cr. 102 (DLC)

Dear Judge Cote:

    I write on consent (Assistant U.S. Attorney Peter Davis) to respectfully request that the Court schedule a conference in this matter now that Mr. Hylton has been returned to this district. The parties are available on December 12, 2024 or December 13, 2024 after 11:00 a.m., or another date convenient for the Court.

Respectfully submitted,

/s/

Martin S. Cohen
Ass't Federal Defender
Tel.: (646) 588-8317

cc.    Peter Davis, by ECF