```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
 UNITED STATES OF AMERICA,              :      18cr102(DLC)
                                        :
                -v-                     :      ORDER
                                        :
 DAVID MICHAEL HYLTON,                  :
                                        :
                        Defendant.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that the conference scheduled for 11:00 AM on December 13, 2024 is moved to 12:00 PM on the same date.

Dated:    New York, New York
            December 12, 2024

                                              DENISE COTE
                                  United States District Judge