```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :    18cr102(DLC)
                                     :
            -v-                      :    REQUEST FOR
                                     :    EXPEDITED PRE-
DAVID MICHAEL HYLTON,                :    TRANSFER
                                     :    INVESTIGATION
                  Defendant.         :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

　　WHEREAS the United States Probation Office for the Southern District of New York is preparing for defendant's release from custody, and the release contemplates the transfer of supervision to the District of Maryland; and

　　WHEREAS a determination on release is scheduled to take place at a conference to be held on January 15, 2025 at 10:00 AM; and

　　WHEREAS defendant's conditions of release will include mental health treatment to treat his schizophrenia and strict compliance with his prescribed psychotropic medication, which is injected monthly; it is hereby

　　REQUESTED that the U.S. Probation Office for the District of Maryland conduct an expedited pre-transfer investigation in coordination with Southern District of New York U.S. Probation Officer Specialist Hildery Huffman. The investigation should address, among other things: (1) the appropriateness of the

proposed Maryland residence; (2) the mental health services available to the defendant, and in particular the injection of prescribed psychotropic medication; (3) the mechanisms available to ensure that the defendant is compliant with his mental health treatment regimen; and (4) the defendant's travel from New York to Maryland.

Dated:   New York, New York
         December 20, 2024

                                      _____
                                              DENISE COTE
                                      United States District Judge