```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :          18cr102 (DLC)
                -v-                      :
                                         :             ORDER
DAVID HYLTON,                            :
                                         :
                         Defendant.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    Having received the defendant's letter of January 26, 2025, it is hereby

    ORDERED that a conference address the specifications of violation of probation is scheduled for January 30, 2025 at 3:00 PM in Courtroom 18B, 500 Pearl Street.

    SO ORDERED:

Dated:    New York, New York
            January 28, 2025

                                            DENISE COTE
                              United States District Judge