```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
UNITED STATES OF AMERICA,              :
                                       :
              -v-                      :    18cr102 (DLC)
                                       :
DAVID MICHAEL HYLTON,                  :    ORDER
                                       :
                        Defendant.     :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that a conference to address the specifications of violation of probation is scheduled for March 19, 2025 at 2:30 PM in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         March 17, 2025

                                    _____
                                          DENISE COTE
                                    United States District Judge