UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                      :

UNITED STATES OF AMERICA            :

                                      :　18cr102 (DLC)

           -v-                        :

                                      :　ORDER

DAVID HYLTON,                       :

                                      :

                     Defendant.    :

                                        :
------------------------------------------ X

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that that a conference is scheduled in this matter for April 30, 2026 at 3:30 PM in Courtroom 18B, 500 Pearl Street.

Dated:     New York, New York
          April 28, 2026

                                        _____
                                            DENISE COTE
                               United States District Judge