UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X
                                            :
UNITED STATES OF AMERICA                    :
                                            :           18cr102 (DLC)
            -v-                             :
                                            :           ORDER
DAVID HYLTON,                               :
                                            :
                        Defendant.          :
                                            :
------------------------------------------- X

DENISE COTE, District Judge:

    Having received the defendant's letter of April 29, 2026,

it is hereby

    ORDERED that the conference scheduled for April 30 is

adjourned to **June 5, 2026 at 2:30 PM** in Courtroom 18B, 500 Pearl

Street.

    IT IS FURHTER ORDERED that the parties and Probation shall

file by June 2, 2026 their proposal, either jointly or

individually, regarding the next steps for the defendant's

supervision.  The proposal shall address the defendant's

compliance with medication and mental health treatment, as well

as his residence while on supervision.

Dated:    New York, New York
          April 30, 2026

                              _____
                              DENISE COTE
                              United States District Judge