UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
UNITED STATES OF AMERICA                   :
                                           :        18cr102 (DLC)
              -v-                           :
                                           :        ORDER
DAVID HYLTON,                              :
                                           :
                    Defendant.             :
                                           :
------------------------------------------ X

DENISE COTE, District Judge:

     IT IS HEREBY ORDERED that the conference scheduled for June

5 is adjourned to **June 8, 2026 at 2:30 PM** in Courtroom 18B, 500

Pearl Street.

Dated:    New York, New York
          June 4, 2026


_____
              DENISE COTE
          United States District Judge