UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X

UNITED STATES OF AMERICA

-v-

DAVID HYLTON,

Defendant.

---------------------------------------- X

18cr102 (DLC)

ORDER

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that a conference to present the defendant on the specifications of violation of probation is scheduled for **August 26, 2026 at 3:00 PM** in Courtroom 18B, 500 Pearl Street.

Dated: New York, New York
August 25, 2026

DENISE COTE
United States District Judge