UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X

UNITED STATES OF AMERICA :

-v- :

DAVID HYLTON, :

Defendant. :

---------------------------------------- X

18cr102 (DLC)

ORDER

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that a conference is scheduled in this matter for **September 4, 2026 at 2:00 PM** in Courtroom 18B, 500 Pearl Street.

Dated: New York, New York
September 3, 2026

Denise Cote

DENISE COTE
United States District Judge