MOSKOWITZ COLSON
GINSBERG SCHULMAN

Moskowitz Colson
Ginsberg & Schulman LLP
One Battery Park Plaza
New York, NY 10004
(212) 257-6455
www.mcgsllp.com

October 30, 2026

Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10004

Re: *United States v. Tomas Lorenzo Jose,* 26 Cr. 216 (DLC)

Dear Judge Cote:

Mr. Lorenzo Jose is charged with conspiracy to possess and sell stolen vehicles, attempted wire fraud, and wire fraud. He was released on June 10, 2026, on a $50,000 personal recognizance bond with various conditions, including location monitoring, a curfew, and a travel restriction to the Southern and Eastern Districts of New York. On June 17, 2026, the Court modified the conditions of Mr. Lorenzo Jose's bond to replace location monitoring with GPS monitoring and to permit him to travel to New Jersey and Pennsylvania for his work as a driver for a transportation company. I now write with the consent of Pretrial Services and the government to request that the Court remove the curfew condition because Mr. Lorenzo Jose has taken on additional construction work, and the curfew conflicts with his schedule. Stand-alone GPS monitoring would remain in place. Mr. Lorenzo Jose is in regular contact with his Pretrial officer and in full compliance with the conditions of his release.

Thank you for your consideration.

Respectfully submitted,

/s/

Deborah Colson
(917) 543-6490

Granted.
Denise Cote
November 5, 2026

cc: AUSA Robert Ruff
Pretrial Services Officer Ashley Cosme