UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X

UNITED STATES OF AMERICA

-v-

DAVID HYLTON,

Defendant.

---------------------------------------- X

18cr102 (DLC)

ORDER

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the sentencing on the violation of supervised release scheduled for November 10 is adjourned to November 17, 2026 at 2:30 PM in Courtroom 18B, 500 Pearl Street.

Dated: New York, New York
November 10, 2026

DENISE COTE
United States District Judge